SCOTT N. JOHNSON, ESQ., SBN 166952
DISABLED ACCESS PREVENTS INJURY, INC.
5150 FAIR OAKS BLVD., SUITE 101
PMB #253
CARMICHAEL, CA 95608-5758
TELEPHONE (916) 485-3516
FAX (916) 481-4224
E-MAIL scottnjohnson@dapiinc.com

Attorney for Plaintiff Scott N. Johnson

**UNITED STATES DISTRICT COURT**

**FOR THE EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| Scott N. Johnson<br><br>         Plaintiff;<br><br>    vs.<br><br>Michael J. Ayers, et al<br><br>         Defendants | Case No. **2:12-cv-00905-AC**<br><br>**ORDER RE: STIPULATION FOR DISMISSAL** |

IT IS SO ORDERED THAT the above-entitled action be and is hereby dismissed with prejudice pursuant to Fed. R. Civ. P. Rule 41(a)(1)(A).  All dates in this matter are vacated, including the March 12, 2014 pretrial conference and the May 12, 2014 trial date.

DATED: January 22, 2014

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE